| | |
|---|---|
| 1 | NATHANIEL H. JENKINS, Bar No. 312067 |
| | njenkins@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall, Suite 2000 |
| 3 | Sacramento, California 95814 |
| | Telephone: 916.830.7200 |
| 4 | Facsimile: 916.561.0828 |
| 5 | CIRRUS B. JAHANGIRI, Bar No. 351052 |
| | cjahangiri@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
| | 101 Second Street |
| 7 | Suite 1000 |
| | San Francisco, California 94105 |
| 8 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |

Attorneys for Defendant
FORGEN LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE MURILLO, | Case No. |
| Plaintiff, | *[Placer County Superior Court Case No. S-CV-0054818]* |
| v. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| FORGEN LLC, and DOES 1-5, inclusive, | |
| Defendants. | Complaint Filed: March 14, 2025 |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF ASHLEE MURILLO:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant FORGEN, LLC hereby submits the following corporate disclosure statement:

Forgen LLC is a privately held limited liability corporation, which is wholly-owned by GLEI Equity, LLC ("GLEI"). GLEI is a privately held limited liability company, with just three individual LLC members: John R. Sullivan, Todd P. Sullivan, and William W. Sullivan. No other individual or entity owns 10 percent or more of the outstanding shares of Forgen or GLEI.

Dated: May 8, 2025

LITTLER MENDELSON, P.C.

*/s/ Nathaniel H. Jenkins*
NATHANIEL H. JENKINS
CIRRUS B. JAHANGIRI
Attorneys for Defendant
FORGEN LLC

4924-3063-1228 / 113982.1012

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT 2