NATHANIEL H. JENKINS, Bar No. 312067
njenkins@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

CIRRUS B. JAHANGIRI, Bar No. 351052
cjahangiri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
FORGEN LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE MURILLO, <br><br>        Plaintiff, <br><br>    v. <br><br>FORGEN LLC, and DOES 1-5, inclusive, <br><br>        Defendants. | Case No. <br><br>*[Placer County Superior Court Case No. S-CV-0054818]* <br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** <br><br>Complaint Filed: March 14, 2025 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF ASHLEE MURILLO:

PLEASE TAKE NOTICE that Defendant FORGEN, LLC ("Defendant") certifies that the following listed parties are the only parties that, to counsel's knowledge, may have a direct, pecuniary interest in the outcome of the case.

1. Plaintiff ASHLEE MURILLO;
2. Law Office of Jon E. Rietveld II; and
3. Defendant FORGEN, LLC.

The undersigned, counsel of record for Defendant, certifies that it is unaware of any other parties that may have a pecuniary interest in the outcome of this case. Defendant reserves its right to amend and/or supplement the information disclosed herein should additional information become known requiring it to do so.

Dated: May 8, 2025                          LITTLER MENDELSON, P.C.

*/s/ Nathaniel H. Jenkins*
NATHANIEL H. JENKINS
CIRRUS B. JAHANGIRI
Attorneys for Defendant
FORGEN LLC

4935-2855-5836 / 113982.1012