Jon E. Rietveld II (SBN 320086)
JonERietveld@gmail.com
LAW OFFICE OF JON E. RIETVELD II
5900 King Road, Suite 215
Loomis, CA 95650
Telephone:    (916) 704-7912

Attorney for Plaintiff
ASHLEE MURILLO

NATHANIEL H. JENKINS, Bar No. 312067
njenkins@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:    916.830.7200
Facsimile:    916.561.0828

CIRRUS B. JAHANGIRI, Bar No. 351052
cjahangiri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
FORGEN LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE MURILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>FORGEN LLC, and DOES 1-5, inclusive,<br><br>    Defendant. | Case No. 2:25-cv-01320-TLN-SCR<br><br>**JOINT STIPULATION REQUEST FOR VOLUNTARY DISMISSAL**<br><br>Complaint Filed: March 14, 2025 |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       **PLEASE TAKE NOTICE THAT** pursuant to Rule 41(a)(1)(A)(i) of the Federal
3  Rules of Civil Procedure, Plaintiff ASHLEE MURILLO and Defendant FORGEN, LLC, by and
4  through their counsel of record, hereby give notice that the Parties jointly request and agree that the
5  action be dismissed, with prejudice, in its entirety.

7      Respectfully submitted.

9  Dated: December 18, 2025

                                                LAW OFFICE OF JON E. RIETVELD II

                                                Jon E. Rietveld II

                                                Attorneys for Plaintiff
                                                ASHLEE MURILLO

Dated: January 5, 2026

                                                LITTLER MENDELSON, P.C.

                                                */s/ Nathanie/ H. Jenkins*
                                                NATHANIEL H. JENKINS
                                                CIRRUS B. JAHANGIRI
                                                Attorneys for Defendant
                                                FORGEN LLC